IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; AMERICAN HOME ASSURANCE COMPANY; CHARTIS SEGUROS MEXICO, S.A. DE C.V.; XL SPECIALTY INSURANCE COMPANY; GREENWICH INSURANCE COMPANY; AND XL REINSURANCE AMERICA INC.<br>*Plaintiffs,*<br>v.<br>GRUPO TRADECO, S.A. DE C.V.; TRADECO INFRAESTRUCTURA, S.A. DE C.V. d/b/a TRADECO INFRAESTRUCTURA, INC.; TRADECO INDUSTRIAL, S.A. DE C.V.; INNOVACIONES TECHNICAS EN CIMENTACION, S.A. DE C.V.; AND TRADECO INFRASTRUCURE, INC.<br>*Defendants.* | CIVIL ACTION NO. 4:16-cv-1952 |

## ABSTRACT OF JUDGMENT

I, David J. Bradley, Clerk, United States District Court for the Southern District of Texas, do hereby certify:

That American Home Assurance Company and Chartis Seguros Mexico, S.A. de C.V. (collectively "AIG") recovered judgment against Grupo Tradeco, S.A. de C.V.; Tradeco Infraestructura, S.A. de C.V. d/b/a Tradeco Infraestructura, Inc.; Tradeco Industrial, S.A. de C.V.; Innovaciones Technicas en Cimentacion, S.A. de C.V.; and Tradeco Infrastructure, Inc. (collectively "Debtors").

AIG recovered the judgment against Debtors in the United States District Court for the Southern District of Texas, Houston Division, in civil action number 4:16-cv-1952, styled: *Zurich American Insurance Company; Fidelity and Deposit Company of Maryland; American Home Assurance Company; Chartis Seguros Mexico, S.A. de C.V.; XL Specialty Insurance Company; Greenwich Insurance Company; and XL Reinsurance America Inc. v. Grupo Tradeco, S.A. de C.V.; Tradeco Infraestructura, S.A. de C.V. d/b/a Tradeco Infraestructura, Inc.; Tradeco Industrial, S.A. de C.V.; Innovaciones Technicas en Cimentacion, S.A. de C.V.; and Tradeco Infrastructure, Inc.*

AIG's mailing address is 101 Hudson Street, 28th Floor, Jersey City, NJ 07302. The name and address of the attorney for AIG is Brandon K. Bains, 1301 Solana Blvd., Building 1, Suite 1545, Westlake, TX 76262.

The names, address, and pertinent information of each of the judgment debtors are as follows:

1. Grupo Tradeco, S.A. de C.V.

   | | |
   |---|---|
   | **Birthdate:** | Grupo Tradeco, S.A. de C.V. is a foreign corporation domiciled in Mexico that began operations on October 8, 1993. |
   | **Driver's License:** | Not applicable. |
   | **Social security number:** | The last three digits of Grupo Tradeco, S.A. de C.V.'s Mexican Federal Taxpayers' Registry are 4X0. |
   | **Address:** | Insurgentes Sur 1647 Local D, Colonia San Jose Insurgentes, Benito Juarez. |
   | **Nature of citation and date and place of service of citation:** | Grupo Tradeco, S.A. de C.V. was served through the Hague Service Convention on July 13, 2017 at Insurgentes Sur 1647 Local D, Colonia San Jose Insurgentes, Benito Juarez. |

2. Tradeco Infraestructura, S.A. de C.V. d/b/a Tradeco Infraestructura, Inc.

   | | |
   |---|---|
   | **Birthdate:** | Tradeco Infraestructura, S.A. de C.V. d/b/a Tradeco Infraestructura, Inc. is a foreign corporation domiciled in Mexico that began operation on February 18, 1992. |
   | **Driver's License:** | Not applicable. |
   | **Social security number:** | The last three numbers of Tradeco Infraestructura, S.A. de C.V. d/b/a Tradeco Infraestructura, Inc.'s Tax ID are: 637. The last three numbers of Tradeco Infraestructura, S.A. de C.V. d/b/a Tradeco Infraestructura, Inc.'s Mexican Federal Taxpayers' Registry are SU9. |
   | **Address:** | Insurgentes Sur 1647 Local D, Colonia San Jose Insurgentes, Benito Juarez. |
   | **Nature of citation and date and place of service of citation:** | Tradeco Infraestructura, S.A. de C.V. d/b/a Tradeco Infraestructura, Inc. was served through the Hague Service Convention on July 13, 2017 at Insurgentes Sur 1647 Local D, Colonia San Jose Insurgentes, Benito Juarez. |

3. Tradeco Industrial, S.A. de C.V.
   - **Birthdate:** Tradeco Industrial, S.A. de C.V. is a foreign corporation domiciled in Mexico that began operations on March 9, 2005.
   - **Driver's License:** Not applicable.
   - **Social security number:** The last three numbers of Tradeco Industrial, S.A. de C.V.'s Mexican Federal Taxpayers' Registry are J50.
   - **Address:** Insurgentes Sur 1647 Local D, Colonia San Jose Insurgentes, Benito Juarez.
   - **Nature of citation and date and place of service of citation:** Tradeco Industrial, S.A. de C.V. was served through the Hague Service Convention on July 13, 2017 at Insurgentes Sur 1647 Local D, Colonia San Jose Insurgentes, Benito Juarez.

4. Innovaciones Technicas en Cimentacion, S.A. de C.V.
   - **Birthdate:** Innovaciones Technicas en Cimentacion, S.A. de C.V. is a foreign corporation domiciled in Mexico that began operation on September 12, 2002.
   - **Driver's License:** Not applicable.
   - **Social security number:** The last three numbers of Innovaciones Technicas en Cimentacion, S.A. de C.V. Mexican Federal Taxpayers' Registry are F60.
   - **Address:** Unavailable.
   - **Nature of citation and date and place of service of citation:** Innovaciones Technicas en Cimentacion, S.A. de C.V. waived formal service of process through its attorney of record on September 17, 2017 pursuant to Federal Rule of Civil Procedure 4(d).

5. Tradeco Infrastructure, Inc.
   - **Birthdate:** Tradeco Infrastructure Inc. is a Texas corporation that filed its certificate of formation on January 5, 2007.
   - **Driver's License:** Not applicable.
   - **Social security number:** The last three digits of Tradeco Infrastructure Inc.'s Tax ID are 640.
   - **Address:** 26022 Budde Rd. Ste. A205, The Woodlands, TX 77380
   - **Nature of citation and date and place of service of citation:** Tradeco Infrastructure, Inc. was served through its registered agent on September 21, 2016 at 211 E. 7th Street, Suite 620, Austin, TX 78701.

Judgment was rendered on January 17, 2019 in the actual amount of $42,173,962.29, with pre-judgment interest at the rate of 5.25% per annum from July 1, 2016, through January 17, 2019, and with post-judgment interest at the rate of 2.58% per annum from January 17, 2019 until the judgment amount is fully paid.

The entire amount of the judgment referenced above is now still due.

Dated: 4/2/19

CLERK OF COURT

By: _____
Deputy Clerk